■ Maria Genao, Respondent, v M.E.I.T. Associates, L.L.C., Appellant. [5 NYS3d 87]—Order, Supreme Court, New York

County (Shlomo S. Hagler, J.), entered May 12, 2014, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff and her sister testified that plaintiff slipped and fell on grayish ice, about "three fingers" thick, while walking on the sidewalk in front of defendant's building. Defendant presented the expert report of a meteorologist who opined that a winter storm, involving freezing rain, drizzle and sleet, was in progress at the time of the accident. However, the expert's report and accompanying weather data also indicated that some 23 inches of snow had fallen in previous days, and that about an inch fell on the day of the accident. Defendant thus failed to eliminate all issues of fact, including whether remnants of ice and snow from the prior, recent snowfalls had contributed to the subject hazardous condition (*see Ndiaye v NEP W. 119th St. LP*, 124 AD3d 427 [1st Dept 2015]; *Womble v NYU Hosps. Ctr.*, 123 AD3d 469 [1st Dept 2014]). Concur—Mazzarelli, J.P., Andrias, Saxe, Feinman and Clark, JJ.